In the United States District Court
Western District Of Arkansas
_____ Division

Jarrod Anthony Portlock #45521
_____

*(In the space above enter your full name and Prison ID Number, if any. **Do not include your Social Security Number**).*

-against-

Sheriff Shawn Holloway
Turn Key Medical
Micheal Case
Molly Roy
Angelica Shakir
Deputy Golden
*(In the space above enter the full name of each Defendant)*

Case No. 21-5187 TLB/MEF
(To be filled out by Clerk's Office only)

# COMPLAINT
*(Pro Se Prisoner)*

Jury Demand?
☐ Yes
☐ No

## NOTICE

Do not attach exhibits, affidavits, grievances, witness statements, or any other materials to your Complaint. Any materials other than the Complaint will be returned to you unfiled by the Clerk's Office.

## I. PLAINTIFF INFORMATION

Jarrod Anthony Portlock
Name (First, Middle, Last)

Jordyn Destiny Portlock
Aliases

45521
Prisoner ID #, if any

Benton County Detention Center
Place of Detention or Incarceration

1300 S.W. 14TH
Address *(If detained, facility address)*

Benton, Bentonville   AR   72712
County, City   State   Zip Code

## II.   PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☑ Pretrial detainee

☐ Convicted and serving a sentence. Provide Date of Conviction _____.

☐ Other. Explain: _____

## III.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information. Do not list witnesses. The jail or detention center is a building and cannot be sued.*

Defendant 1:   Sheriff Holloway Shawn
Name (Last, First)

Benton County Sheriff
Current Job Title

1300 S.W. 14TH
Current Work Address

Benton, Bentonville   AR   72712
County, City   State   Zip Code

**Defendant 2:** Deputy Golden
Name (Last, First)

Deputy
Current Job Title

1300 S.W. 14TH
Current Work Address

Benton, Bentonville    AR    72712
County, City            State        Zip Code

**Defendant 3:** Case, Micheal
Name (Last, First)

_____
Current Job Title

1300 S.W. 14TH
Current Work Address

Bentonville    AR    72712
County, City            State        Zip Code

**Defendant 4:** Roy, Molly
Name (Last, First)

_____
Current Job Title

1300 S.W. 14TH
Current Work Address

Benton, Bentonville    AR    72712
County, City            State        Zip Code

Defendant 5: Angelica Shakir
Job title:
Work Address: 1300 S.W. 14TH
Benton, Bentonville AR 72712

## IV. STATEMENT OF CLAIMS

*State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights. **List each claim separately** (e.g., excessive force, denial of medical care, access to the courts, conditions of confinement, etc.). If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim. **You may attach no more than one additional sheet for each claim.***

**Claim Number 1:**

Place(s) of occurrence: Benton County Detention Center

Date(s) of occurrence: June 20TH, 2021

Name of Each Defendant Involved:

Golden
Sherriff Holloway Shawn

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

Strip searched by male deputy, despite making staff aware of sexually identifying as a woman/transexual woman.

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: [What happened to you?] I was forced to be strip searched by a male deputy, despite making them aware I was a transexual woman, and than watched as I removed a sexual device from inside my body, by a male deputy despite having breast development and

| | |
|---|---|
| Who did what? | and so identifying as a woman. I was caused embarrassment, depression, increased anxiety, pychological and emotional destress. |
| How were you injured? | |

With regard to claim 1, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).
☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
☑ Both Official and Individual capacity

*If you are asserting an official capacity claim*, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.

Ignoring Gender Dysphoria, or/and woman/transexual woman being searched, forced to disrobe, and being patted down while other female deputies could be used.

**Claim Number 2:**

Place(s) of occurrence: Benton County Detention Center

Date(s) of occurrence: 6/20/2021 — Current time

Name of Each Defendant Involved:

Turn Key Medical
Michael Case
Sherriff Shawn Holloway
Molly Roy
Angelica Shakir
Deputy Golden

State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:

denial of medical care

State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

**What happened to you?**
**Who did what?**
**How were you injured?**

FACTS: All defendants have not allowed me to have hormonal treatment for my gender dysphoria. They have said "The pharmacy that provides the medicine to them doesn't carry Estrodal, can not order Estrodol, nor offer any alternative. I also have not been giving access to spironlactone the medicine used as a testosterone blocker. I have suffered potential heart problems, hair loss, increased anxiety, increased depression, and physical abnormalities such as redevelopment of pectorial muscle where I also have breast development worsening of gender dysphoria

Page **6** of **11**

With regard to claim 2, are you suing Defendant(s) in his/her/their:

- ☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).
- ☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
- ☑ Both Official and Individual capacity

*If you are asserting an official capacity claim*, please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.

Not giving treatment/continued treatment to me as I am suffering from gender dysphoria

**Claim Number 3:**

Place(s) of occurrence: Benton County Detention

Date(s) of occurrence: 6/20/2021 - current day (9-28-2021)

Name of Each Defendant Involved:
Sherriff Shawn Holloway
Turn Key Medical
Michael Case
Molly Roy
Angela Shakir

State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:

Denial of medical care

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

What happened to you?

Who did what?

How were you injured?

Not giving me Antiviral Medication. Not doing any labs on blood to determine viral load. Not allowing me to see a specialist (HIV), despite knowing I am H.I.V. positive and need special care to prevent my health to fail, remain undetectable and unable to transmit to others, and these actions will also result in my death. I have developed symtoms such as night sweats, loss of appetite, neropathy in hands and my feet. Placing my immune system in a place unable to fight off other ailments all during the Covid-19 pandemic.

With regard to claim 3, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).
☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
☒ Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

they stated the meds were expensive and would be to hard to get, during one of the many sick calls

## V. RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking:*

- ☑ Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).
- ☑ Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).
- ☑ Other relief (describe below).

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to those damages.*

I want the court to award me with five million in damages, so I can afford to have my balding fixed, get gender reassignment surgery, pay for any doctor bills I might get while being seen for gender dysphoria, and Treatment of my chronic viral infection (HIV). Be able to start a non-profit advocacy firm that helps transexual people recieve adequit medical treatment, as well as hormonal treatment, and basic human rights and dignity while incarcerated. As well as any court costs owed during this proceeding.

## VI.  PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal court while a prisoner?  ☑ Yes  ☐ No

If yes, how many? ___1___

Have you brought any other lawsuits in state or federal court **dealing with the same facts as this case**?  ☐ Yes  ☑ No

If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

Portlock vs. Washington County Detention 2014. It was dismissed, do to not seeing it through after incarceration

_____
_____
_____
_____
_____
_____
_____
_____

### VII.  PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

9/28/2021
Dated

Jarrod Portlock
Plaintiff's Signature

Jarrod Anthony Portlock
Printed Name (First, MI, Last)

45521
Prison Identification #, if any.

1300 S.W. 14TH     Bentonville     AR     72712
Prison Address       City            State   Zip Code



Jarrod Jordyn Pollak #455501
1300 S.W. 14th
Bentonville, AR 72701

NW ARKANSAS AR 727
12 OCT 2021 PM 2 L

FIRST-CLASS MAIL
neopost
10/12/2021
US POSTAGE $000.73⁰
ZIP 72712
041M11270730

Received WD/AR
OCT 14 2021
U.S. Clerk's Office

U.S. District Court
Office of the clerk
35 E. Mountain Room 510
Fayetteville, AR 72701

PROCESSED OUT
OCT 12 2021
Outgoing Inmate Mail

LEGAL MAIL

72701-535335