# In the United States District Court
## Western District Of Arkansas
### _____ Division

Jarrod Anthony Porthock
#45521

*(In the space above enter your full name and Prison ID Number, if any. Do not include your Social Security Number).*

-against-

Deputy Golden
Turn Key Medical
Molly Roy
Nolgi [illegible]

*(In the space above enter the full name of each Defendant)*

Case No. 5:21cv5187
(To be filled out by Clerk's Office only)

Amended
**COMPLAINT**
*(Pro Se Prisoner)*

Jury Demand?
☐ Yes
☐ No

### NOTICE

**Do not attach exhibits, affidavits, grievances, witness statements, or any other materials to your Complaint. Any materials other than the Complaint will be returned to you unfiled by the Clerk's Office.**

## I. PLAINTIFF INFORMATION

Jarrod Anthony Porthock
Name (First, Middle, Last)                    Aliases

45521
Prisoner ID #, if any

Benton County Detention Center
Place of Detention or Incarceration

1300 S.W. 14TH
Address (If detained, facility address)

Benton, Bentonville          AR                72712
County, City                 State             Zip Code

## II.  PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee

☑ Convicted and serving a sentence. Provide Date of Conviction  10/27/21

☐ Other. Explain: _____

## III.  DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information. Do not list witnesses. The jail or detention center is a building and cannot be sued.*

Defendant 1:  Golden (Unknown First Name)
Name (Last, First)

Deputy
Current Job Title

1300 S.W. 14TH
Current Work Address

Benton, Bentonville          AR              72712
County, City                 State           Zip Code

Defendant 2: Roy, Molly (known. T. Ilane)
Name (Last, First)

Supervising Nurse (Turn key)
Current Job Title

1300 S.W. 14TH
Current Work Address

Benton, Bentonville                72712
County, City             State        Zip Code


Defendant 3: Turn Key Medical
Name (Last, First)

Medical Provider Company
Current Job Title

1300 S.W. 14TH
Current Work Address

Benton, Bentonville    AR    72712
County, City             State        Zip Code


Defendant 4: [illegible]
Name (Last, First)

[illegible] Nurse
Current Job Title

[illegible]
Current Work Address

[illegible]
County, City             State        Zip Code

## IV.   STATEMENT OF CLAIMS

*State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights. **List each claim separately** (e.g., excessive force, denial of medical care, access to the courts, conditions of confinement, etc.). If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim. **You may attach no more than one additional sheet for each claim.***

**Claim Number 1:**

Place(s) of occurrence: Booking, Benton County Detention Center

Date(s) of occurrence: 6/20/2021

Name of Each Defendant Involved:

Deputy Golden

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

Cruel and unusual punishment, conditions of confinement

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: [What happened to you?] I was forced to be strip searched by a male deputy, (Deputy Golden) Despite making him aware I was a transexual woman and that I had breast development. Deputy Golden then watched as I removed a sexual device from my body.

**Who did what?** Deputy Golden was the deputy involved and ignored my sexaul identity, or having female deputys search me or monitor him doing it.

**How were you injured?** I was caused embarresement, depression increased anxiety, and pychlogical and emotional distless.

With regard to claim 1, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☑ Both Official and Individual capacity

*If you are asserting an official capacity claim*, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.

Ignoring Gender Dysphoria, and/or woman/transsexual women being strip searched, forced to disrobe, and being patted down while female deputies could be used.

**Claim Number 2:**

Place(s) of occurrence: Benton County Detention Center

Date(s) of occurrence: 6/20/21 - October 15, 2021

Name of Each Defendant Involved:

Turn Key Medical
Molly Roy

State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:

denial of medical care, cruel and unusual punishment, conditions of confinement

State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

**What happened to you?**
**Who did what?**
**How were you injured?**

FACTS: Turn Key Medical, under the supervision of Molly Roy were not providing me with the hormonal treatment, I was recieving in the world to treat Gender Dysphoria. They "approved" the hormones, but after giving me only one dose stated "The pharmacy that provides the medicine to Turn Key does not carry estrodial, can not order estrodial, nor offer a alternative. They stated "I would have to provide my hormones, which was impossible as I am currently incarcerated. I have suffered potential heart problems, hair loss, increased anxiety, increased depression and physial abnormalities such as redevelopment of pectorial muscles, where I also have breast development, worsening of gender dysphoria

Page 6 of 11

With regard to claim 2, are you suing Defendant(s) in his/her/their:

- ☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).
- ☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
- ☑ Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.*

Not giving me proper access to treatment, or allowing me to see a specialist.

**Claim Number 3:**

Place(s) of occurrence: Benton County Detention Center

Date(s) of occurrence: 6/20/21 - 10-15-21

Name of Each Defendant Involved:

Turn key Medical
Molly Roy

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

denial of medical care, cruel and unusual punishment, conditions of confinement

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: Turn Key Medical under the supervision of Molly Roy, denied me the medication required to treat my chronic viral infection (HIV). I went over 100 days without and lifesaving Antiviral medication. "Turnkey Medical" denied my care outright claiming "they were expensive and hard to get." All during the global pandemic, they allowed my immune system to become weak, and compromised my very life. It caused/causes my immune system to fail, increased viral load, night sweats, loss of appetitie, and also allows my virus to mutate and become resistent to the medications I need to live.

With regard to claim 3, are you suing Defendant(s) in his/her/their:

- ☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).
- ☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
- ☑ Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

Denial of Medical Care, Conditions of confinement, cruel and unusual punishment by not ordering medically neccesary medications do to cost.

## V. RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking:*

- ☑ Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).
- ☑ Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).
- ☐ Other relief (describe below).

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to those damages.*

I am asking for 1 million dollars. I believe I am entitled to these damages do to being denied medically neccessary medicene, and hormonal treatment. My life, and my health as well as my pychological well-being were severly compromised. I also believe Benton County policy for transexual women, is outdated causes severe phychological and emotional damage.

## VI.  PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal court while a prisoner?   ☑ Yes   ☐ No

If yes, how many?  ___1___

Have you brought any other lawsuits in state or federal court **dealing with the same facts as this case**?   ☐ Yes   ☑ No

If yes, how many?  ___N/A___

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

Porthck vs. Washington County (2014). It was dismissed, do to not seeing it through after incarceration

_____
_____
_____
_____
_____
_____
_____

## VII. PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

12/7/21
Dated

*Jarrod Porth* (signature)
Plaintiff's Signature

Jarrod Anthony Portlock
Printed Name (First, MI, Last)

45521
Prison Identification #, if any.

1300 S.W. 14TH       Bentonville        AR       72712
Prison Address           City              State    Zip Code

Jarred "Jordyn" Forlob #4552I
1306 S.W. 14TH
Bentonville, AR 72712

FIRST-CLASS MAIL
neopost
12/08/2021
US POSTAGE $000.73⁰
ZIP 72712
041M11270730

**LEGAL MAIL**

PROCESSED OUT
DEC 08
Outgoing Inmate Mail

Received WD/AR
DEC 09 2021
U.S. Clerk's Office

United States District Court
Office of the Clerk
35. E. Mountain Rm 510
Fayetteville, AR 72701